UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT DALE MCMANUS, SR., ET AL.

CIVIL ACTION

VERSUS

NO. 10-332-JJB-SCR

COCO RESOURCES, INC., ET AL

Consolidated for case management with
CV 10-328, CV 10-331, CV 10-333, CV 10-334 and CV 10-335

**This Ruling applies only to CV 10-332**

**RULING**

The court has carefully considered the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate

Judge Stephen C. Riedlinger dated October 4, 2010 (doc. no. 18) to which no

objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge

and adopts it as the court's opinion herein.   Accordingly, the plaintiff's Motion to

Remand is GRANTED and this matter is REMANDED the 21st Judicial District Court,

Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana, this 28th day of October, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA